UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | LA CV25-09337-MWC-AYP | Date | March 2, 2025 |
| Title | Kendra Gilliams v. Gavin Veney | | |

| | |
|---|---|
| Present: The Honorable | MICHELLE WILLIAMS COURT, U.S. District Judge |

| T. Jackson | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

On February 13, 2026, Plaintiff was ordered to file their first amended complaint no later than February 27, 2026 (Dkt. [15]). There has been no response filed to the Order, nor has a first amended complaint been filed. Counsel shall file an amended complaint no later than March 9, 2026. Failure to respond will result in the dismissal of this matter.